Opinion issued December 17, 2009




 

 

 


 

 

 






In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00988-CV

____________


MELVIN R. SHIELD, JR., Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 412th Judicial District Court

Brazoria County, Texas

Trial Court Cause No. 60674






MEMORANDUM OPINION


 On December 4, 2009, appellant filed a "Motion to Dismiss the Appeal as
Moot," giving notice that "the conditions of Bond have been modified rendering the
issues on Appeal moot." 

 Accordingly, we GRANT appellant's motion and dismiss this appeal. 

 PER CURIAM

Panel consists of Justices Keyes, Alcala and Hanks.